# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

PDF FILE WITH AUDIO FILE ATTACHMENT

2014-20568

Lisa Maria Guthrie

---

| | |
|---|---|
| Case Type : | bk |
| Case Number : | 2014-20568 |
| Case Title : | Lisa Maria Guthrie |
| Audio Date\Time: | 9/11/2014 11:39:42 AM |
| Audio File Name : | 1bk2014-20568_9112014-113942-AM.mp3 |
| Audio File Size : | 692 KB |
| Audio Run Time : | [00:02:53] (hh:mm:ss) |

---

**Help using this file:**

> An audio file is embedded as an attachment in this PDF document. To listen to the file,
> click the Attachments tab or the Paper Clip icon.  Select the Audio File and click Open.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

> **This digital recording is a copy of a court proceeding and is provided as
> a convenience to the public.  In accordance with 28 U.S.C. § 753 (b)
> "[n]o transcripts of the proceedings of the court shall be considered as
> official except those made from the records certified by the reporter or
> other individual designated to produce the record."**